Attachment 2 - EEOC Complaint Form

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**_____ DIVISION**

FILED
DEC 28 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___NT___
DEPUTY

Ronnie Bailey

(Name of plaintiff or plaintiffs)

v.

High Roller Sand (HRS)

Civil Action Number: 7:20-CV-232
(Supplied by Clerk's Office)

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by __Ronnie Bailey__, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ✓ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant __High Roller Sand__ (Defendant's name) lives at, or its business is located at __203 S First St.__ (street address), __Lufkin__ (city), __Texas__ (state), __75901__ (zip).

28

Rev. Ed. October 26, 2017

3a. Plaintiff sought employment from the defendant or was employed by the defendant at (HRS) HWY 115 13346 E State (street address), (city), Kermit (state), Texas, 79745 (zip).

3b. At all relevant times of claim of discrimination, Defendant employed 100 (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about April (month) 22 (day) 19 (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: June 1, 19

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about August (month) 22 (day) 2019 (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) June, 30 (day) 2020 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[ ] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[✓] Race (If applicable, state race) African American
[✓] Color (If applicable, state color) Black

[✓] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ . ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[ ] Disability (If applicable, state disability) _____

[✓] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant: (please select all that apply)

[✓] failed to employ plaintiff.

[✓] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[✓] harassed plaintiff.

[ ] other (specify) _____

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff PERSONALLY:

**VERY IMPORTANT NOTE:** INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

Lybrant Sparrow / Courtney Forbes / Causton Magee / Travis Arceneaux

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Attached is a photo of my text message from Josh Stufflebean, my supervisor / leadman.

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [✓] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to __Momentary Compensation__
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

__12 / 17 / 2020__
Date

__Ronnie Bailey__
Signature of Plaintiff

__1017 Center Ave.__
__Odessa, Texas 79761__
Address of Plaintiff

__Odessa__        __TX__         __79761__
City              State          Zip Code

Telephone Number(s)
__432-208-2195__

Rev. Ed. October 26, 2017

31



| | | |
|---|---|---|
| JEANNETTE J.<br>CLACK<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>200 East Wall Street, Room 222<br>Midland, Texas 79701-5217** | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

October 6, 2020

Ronnie Bailey
1101 W 19th St Apt 16
Odessa, TX 79763

Re: EEOC Complaint form

Dear Mr. Bailey,

Enclosed please find EEOC Complaint form missing on your case. Please fill out this form as soon as possible and return to the court. Your case number is 7:20-CV-232.

Very truly yours,

Jeannette J. Clack, Clerk

*N. Torres*
By: Deputy Clerk

FROM: Ronnie Bailey
43220821925
620 w halsey st.
maryville MO 64468
US

SHIP DATE: 21DEC20
ACTWGT: 0.94 LB
CAD: 250971400/WSXI3400
DIMMED: 12 X 9 X 1 IN

BILL SENDER

TO Clerk, US DISTRICT COURT WESTERN DIS
Clerk, US DISTRICT COURT WESTERN DIS
200 E Wall St, Ste 222

Midland TX 79701

43220821925  REF:
INV:
PO:  DEPT:



**FedEx** Ground
**G**



RECEIVED
DEC 2 8 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
(US) DEPUTY

TRK# 7817 0466 7070

79701

9622 0019 0 (000 000 0000) 0 00 7817 0466 7070



0797    W 358 07:40 SM-1D 9113260
CLERK,US DISTRICT COURT W    G
200 E WALL ST
STE 222
MIDLAND, TX    79701-5201-72
**110-4501**
ETP:1    PO:SP:100:Y
781704667070



SCREENED BY CSO
DEC 2 3 2020
LB

SCREENED BY CSO
DEC 2 3 2020
LB